Presentment Date and Time: August 13, 2015 at 12:30 p.m. (ET)
Objection Deadline: August 13, 2015 at 12:00 p.m. (ET)

Melanie L. Cyganowski
Richard G. Haddad
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

*Proposed Counsel to the Official Committee of
Unsecured Creditors*

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SAMMY EL JAMAL,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-22872 (RDD) |

**NOTICE OF PRESENTMENT OF MOTION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR AN ORDER PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 2004 AUTHORIZING THE ISSUANCE OF SUBPOENAS
FOR THE PRODUCTION OF DOCUMENTS AND TAKING OF TESTIMONY
<u>FROM GRAYROCK ACCOUNTING</u>**

**PLEASE TAKE NOTICE** that upon the annexed motion (the "Motion"), dated July 29, 2015, of the Official Committee of Unsecured Creditors of Sammy El Jamal (the "Committee") for the entry of an order: (a) authorizing the issuance of the Subpoena <u>duces tecum</u> and <u>ad testificandum</u> to Grayrock Accounting, and (b) providing any additional relief required in order to effectuate the foregoing, the undersigned intends to present the proposed order attached as Exhibit A to the Motion to the Honorable Judge Robert D. Drain, Bankruptcy Judge of the United States

Bankruptcy Court, Southern District of New York, at 300 Quarropas Street, White Plains, New York 10601 for signature on **August 13, 2015 at 12:30 p.m** (prevailing Eastern Time).

  **PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure, the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court either (i) electronically in accordance with General Order M-399 (which can be found at http://www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, or (ii) on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-399 (which can be found at http://www.nysb.uscourts.gov); and (iii) shall be served in accordance with General Order M-399 on (a) Otterbourg P.C. as counsel to the Committee; (b) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY 10004, Attn: Paul K. Schwartzberg, Esq.; (c) Penachio Malara LLP, 235 Main Street, Sixth Floor, White Plains, NY 10601, Attn: Anne J. Penachio, Esq., as counsel to the Reorganized Debtors; (d) Grayrock Accounting, 3691 Old Yorktown Road, Shrub Oak, NY 10588; and (e) parties in interest who have filed a notice of appearance in these cases pursuant to Bankruptcy Rule 2002, in each case so as to be received no later than **August 13, 2015 at 12:00 p.m**. (prevailing Eastern Time) (the "Objection Deadline").

  **PLEASE TAKE FURTHER NOTICE** that unless a written response to the Motion with proof of service is filed with the Court by the Objection Deadline, there will not be a hearing and the Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, a hearing will be held on the Motion before the Honorable Robert D. Drain, Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, at 300 Quarropas Street, White Plains, New York 10601, on a date and time to be determined by the Court.

New York, New York  
Dated:   July 30, 2015

/s/ Melanie L. Cyganowski  
OTTERBOURG P.C.  
230 Park Avenue  
New York, New York 10169  
(212) 661-9100 (Telephone)  
(212) 682-6104 (Facsimile)  
Melanie L. Cyganowski  
Richard G. Haddad

*Proposed Attorneys to the Official Committee of Unsecured Creditors of Sammy El Jamal*