Affirmation of Anne Penachio    Pg 1 of 2

PENACHIO MALARA LLP
Proposed Counsel for the Debtor
235 Main Street, Suite 610
White Plains, New York 10601
(914) 946-2889

Anne Penachio, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
In re                                  :    CHAPTER 11
                                       :
        SAMMY ELJAMAL,                 :    CASE NO.: 15-22872 (RDD)
                                       :
                        Debtor.        :
------------------------------------X

I, ANNE PENACHIO, ESQ., under penalties of perjury, state as follows:

   1.    I am a member in good standing of the New York bar and the bar of this Court. In accordance with Federal Rule of Bankruptcy Procedure 2014 and Rule 2014-a of the Local Rules for the United States Bankruptcy Court for the Southern District of New York, I submit this affirmation in support of the proposed retention of PENACHIO MALARA LLP (the "Firm") as counsel to the debtor herein (the "Debtor").

   2.    The Firm intends to bill the Debtor by the hour. The usual hourly billing rate for this type of case is $385.00 for Anne Penachio; $300.00 for Frank Malara; $100.00 for Paralegal

   3.    Upon information and belief, based upon a review of my records and the creditors of the Debtor's estate, neither I nor the Firm represent any interest materially adverse to the Debtor's estate. I have disclosed the Firm's representation of the Connecticut Dealer Stations Management, LLC and Armonk Snack Mart, Chapter 11 cases that are pending before this Court in which the Debtor has an interest.

   4.    Neither I nor the Firm have had no pre-petition professional contact with the Debtor or any other interested party.

   5.    I have no relationship with the Office of the United States Trustee or any staff member of such office other than professional contact during the course of my representation of debtors and creditors before this Court.

6. Based upon the foregoing, I believe that I am a disinterested person, as that term is defined in Section 101(14) of the Bankruptcy Code.

Dated: White Plains, New York
      September 22, 2015

                                              /s/ Anne Penachio

                                              ANNE PENACHIO