UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | |
| SAMMY ELJAMAL, | : | |
| | : | CASE NO.: 15-22872 (RDD) |
| Debtor. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## ORDER MODIFYING AUTOMATIC STAY WITH RESPECT TO <u>APPEALS TO WHICH THE DEBTOR IS A PARTY</u>

Upon the motion, dated September 9, 2015 of Sammy Eljamal, the debtor herein (the "Debtor"), by and through his attorney, Penachio Malara LLP,  for an order pursuant to 11 U.S.C. § 362(d)(1) modifying the automatic stay in effect in this case under 11 U.S.C. § 362(a) with respect to the appeals described in the Motion and herein to which the Debtor is a party; and there being due and sufficient notice of the Motion as reflected in the certificate of service filed as ECF #83; and there being no objections to the requested relief; and upon the record of the hearing held by the Court on the Motion on September 23, 2015; and, after due deliberation, good and sufficient cause having been established, it is hereby

**ORDERED**, that the Motion is granted as provided herein; and it is further

**ORDERED**, that the automatic stay under 11 U.S.C. § 362(a) is vacated with respect to the litigation and final determination of the appeal entitled *Coscia v. Eljamal and Orser*, Appellate Div. Docket No.:  2014-06742, but not the enforcement, without further order of this Court, of any judgment against the Debtor; and it is further

**ORDERED**, that the automatic stay under 11 U.S.C. § 362(a) is vacated with respect to the litigation and final determination of the appeal entitled *Wilton Motiva Assoc. f/k/a 372 Wilton Assoc., LLC. V. Connecticut Dealer Stations, LLC,* Appellate Div. Docket No.:  2014-10985, but

not the enforcement, without further order of this Court, of any judgment against the Debtor; and

it is further

**ORDERED,** that the automatic stay under 11 U.S.C. § 362(a) is vacated with respect to

the litigation and final determination of the appeal entitled *Eljamal v. Weil*, Appellate Division

Docket No.: 2015-001841, but not the enforcement, without further order of this Court, of any

judgment against the Debtor; and it is further

**ORDERED** that the 14-day stay of this Order pursuant to Bankruptcy Rule 4001(a)(3) is

waived, for cause, and this Order is effective immediately.

Dated: October 22, 2015
      White Plains, New York

                         _/s/Robert D. Drain____
                         Robert D. Drain
                         United States Bankruptcy Judge