# EXHIBIT A

Melanie L. Cyganowski
Richard G. Haddad
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

*Counsel to the Official Committee of*
*Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SAMMY EL JAMAL,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-22872 (RDD) |

**AFFIDAVIT OF MELANIE L. CYGANOWSKI PURSUANT TO**
**BANKRUPTCY CODE SECTION 504 AND BANKRUPTCY RULE 2016**

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

**MELANIE L. CYGANOWSKI**, being duly sworn, deposes and says:

1. I am a Member of the Firm of Otterbourg P.C. ("**Otterbourg**"), counsel for the Official Committee of Unsecured Creditors of Sammy El Jamal (the "**Committee**").

2. I have read the foregoing Application of Otterbourg P.C. as Counsel to the Official Committee of Unsecured Creditors for the First Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred and know the contents thereof. The same are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I have personally performed many of the legal services rendered by Otterbourg and I am thoroughly familiar with

all other work performed on behalf of the Committee by the attorneys and paraprofessionals in the firm.

3. In accordance with Bankruptcy Rule 2016(a) and Bankruptcy Code section 504, no agreement or understanding exists between the Applicant and any other person for the sharing of compensation to be received in connection with the within case.

4. Otterbourg has to date received no payment or promise of payment for the services rendered in this chapter 11 case.

                                                              Melanie L. Cyganowski

Sworn to before me this 29th day of October 2015

_____
Notary Public

MEAGHAN MILLAN
Notary Public, State of New York
No. 02MI6326724
Qualified in New York County
Commission Expires June 22, 2019

2