# PENACHIO MALARA, LLP
### ATTORNEYS AT LAW
**235 Main Street**
**White Plains, New York 10601**

FRANCIS J. MALARA*
ANNE J. PENACHIO*

JENNIFER RAGGO, Paralegal
---------------------------------------------
*Also admitted in CT

**Telephone (914) 946-2889**
**Facsimile (914) 946-2882**
**www.pmlawllp.com**

frank@pmlawllp.com
apenachio@pmlawllp.com
jraggo@pmlawllp.com

December 7, 2015

**Via Electronic Mail and Hand**

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York   10601

         Re:   Sammy Eljamal
              Chapter 11 Case No.:  15-22872 (RDD)

Dear Judge Drain:

I serve as counsel to the above-referenced Chapter 11 debtor, Sammy Eljamal ('Eljamal").  Below is an informal agenda which sets for matters scheduled for December 8, 2015.

1. NY Fuel Holdings, Inc. v. Eljamal – Adv. Pro. No.:  15-08354

    Pre-Trial Conference on removed action by NY Fuel Holdings, Inc., *inter alia,* to retain corporate distributions of profit for the benefit of the Debtor's creditors and determine respective rights of members.

2. Silverman et al. v. Eljamal – Adv. Pro 15-08357

    Pre-Trial Conference on Action by Leon Silverman, *inter alia*, to declare that the Debtor's membership interests in various entities have been terminated pursuant to the Operating Agreement.

3. Eljamal v. Weil et al – Adv. Pro. No. 15-08358

    Pre-Trial Conference on Action by Eljamal, *inter alia*, to determine the corporate interests and rights of the Debtor in NY Fuel Holdings, Inc. and related entities.

4. <u>Coscia v Eljamal – 15-08361</u>

    Action to declare the judgment held by Brent Coscia non-dischargeable under 11 U.S.C. § 523(a)(6).

5. <u>SRG Fuelco, LLC et al. v. Eljamal – 15-08362</u>

    Action to declare amounts allegedly owed by the Debtor to SRG, an entity controlled by Leon Silverman as non-dischargeable under 11 U.S.C. §§ 523(a)(2), (4), and (6).

6. Debtor's application to retain Collier, Halpern law firm – Objection withdrawn and motion approved.  [This matter should be removed from the calendar].

7. Application of Debtor's counsel for compensation.

        Sincerely,

        /s/ Anne Penachio

        Anne Penachio