**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SAMMY ELJAMAL, | Case No. 15-22872 (RDD) |
| Debtor. | |

### ORDER GRANTING APPLICATION OF OTTERBOURG P.C. AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR FIRST INTERIM ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM JULY 16, 2015 THROUGH AND INCLUDING OCTOBER 15, 2015

Upon consideration of the application (the "**Application**") of Otterbourg P.C. ("**Applicant**"), attorneys for the official committee of unsecured creditors in the above-captioned case, for the first interim allowance of compensation for professional services rendered and reimbursement of expenses incurred from July 16, 2015 through and including October 15, 2015; and a hearing having been held before this Court to consider the Application on November 20, 2015; and due and sufficient notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002 (a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby

ORDERED that the Application is granted to the extent set forth in the attached Schedule A; and it is further

ORDERED that the Debtor is authorized and directed to pay to Applicant an amount equal to 80% of Applicant's allowed fees and 100% of Applicant's allowed expenses (the "First Interim Payment"); and it is further

ORDERED that the Debtor is authorized and directed to pay the First Interim Payment from the segregated attorney escrow account held by Debtor's counsel, Penachio Malara LLP, at TD Bank, bearing account number xxxxxx2389.

Dated: White Plains, New York
      December 15, 2015

                    /s/Robert D. Drain
                    HONORABLE ROBERT D. DRAIN
                    UNITED STATES BANKRUPTCY JUDGE

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Otterbourg P.C. | October 29, 2015 – Dkt. No. 142 | $356,921.00 | $356,921.00 | $285,536.80 | $0 | $285,536.80 | $4,423.16 | $4,423.16 |

Date Order Signed:  12/15/2015                                        Initials:  RDD   USBJ