UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
In re                                                       :
                                                            :     CHAPTER 11
     SAMMY ELJAMAL,                 :
                                                            :     CASE NO.: 15-22872(RDD)
                                              Debtor.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**ORDER GRANTING APPLICATION OF PENACHIO MALARA, LLP FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the Application for Allowance of Interim Compensation and Reimbursement of Expenses, dated November 18, 2015, filed as ECF #164 (the "Application"), seeking, under 11 U.S.C. §330, interim compensation for professional services rendered and expenses incurred by Penachio Malara LLP (the "Applicant"), counsel for the above debtor from June 7, 2015 through November 6, 2015; and there being due and sufficient notice of the Application, as reflected in the Affidavit of Service filed as ECF #163; and there being no objections to the requested relief; and upon the record of the hearing held by the Court on the Application on December 8, 2015; and sufficient cause having been shown therefor, it is hereby

       **ORDERED,** that the Application is granted to the extent set forth in the attached Schedules A and B; and it is further

       **ORDERED,** that the Debtor is authorized and directed to pay to Applicant an amount equal to 80% of the Applicant's allowed fees and 100% of the Applicant's allowed expenses (the "First Interim Award") less the retainer paid; and it is further

1

**ORDERED,** that the First Interim Award may be made from the segregated attorney escrow account held by the Applicant at TD Bank, bearing account number xxxxxx2389.

Dated: White Plains, New York
December 17, 2015

                                                _/s/Robert D. Drain_____
                                                United States Bankruptcy Judge
                                                Honorable Robert D. Drain