| Case No.: 15-22872(rdd) | | CURRENT INTERIM FEE PERIOD | | | | | | Schedule A |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: Sammy Eljamal | | [6/7/2015 to 11/6/2015] | | | | | | |
| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
| Penachio Malara, LLP | 11/18/2015 ECF #164 | $83,398.00 | $83,398.00 | $66,718.40 | $0.00 | $66,718.40 | $6,134.62 | $6,134.62 |

Date Order Signed: 12/17/2015                    Initials: RDD   USBJ

Revised September 2011                    DATE ON WHICH ORDER WAS SIGNED: _____                    INITIALS: _____USBJ

| Case No.: 15-22872(rdd) | | FINAL FEE APPLICATION TOTALS | | Schedule B |
| --- | --- | --- | --- | --- |
| Case Name: Sammy Eljamal | | [6/7/2015 to 11/6/2015] | | |

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
| --- | --- | --- | --- | --- |
| Penachio Malara, LLP | $83,398.00 | $66,718.40 | $6,134.62 | $6,134.62 |

Date Order Signed: 12/17/2015     Initials: RDD   USBJ

Revised September 2011     DATE ON WHICH ORDER WAS SIGNED: _____     INITIALS: _____USBJ