UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SAMMY ELJAMAL,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-22872 (RDD) |

**ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO HOLD HAIFA ELJAMAL IN CIVIL CONTEMPT**

Upon consideration of the *Motion by the Official Committee of Unsecured Creditors to Hold Haifa Eljamal in Civil Contempt* (the "**Motion**") [Dkt. No.__], dated November 3, 2016, filed by the Official Committee of Unsecured Creditors (the "**Committee**"); and the Court having jurisdiction to consider the application and grant the requested relief, and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion and any opposition or response thereto; and that it appearing that notice of the Motion was good and sufficient under the circumstances and that no other or further notice need be given; and is in the best interests of the Debtor's estate and creditors; and after due deliberation thereon; and good cause appearing therefore, it is hereby ORDERED that:

1.  The Motion is granted to the extent set forth herein.

2.  Mrs. Haifa Eljamal shall produce documents to the Committee in response to the Rule 2004 subpoena within fourteen (14) days of entry of this Order and shall make herself available for deposition by the Committee within seven (7) days of production of documents.

4.  If Mrs. Eljamal fails to produce documents and make herself available for discovery as set forth above, Mrs. Eljamal shall pay a penalty of $250.00 per day for the first ten

(10) days following expiration of the time periods set forth in the preceding paragraph and $500.00 per day for each day thereafter until Mrs. Eljamal produces all responsive documents and sits for her examination.

     5.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2016
      New York, New York

                                  HONORABLE ROBERT D. DRAIN
                                  UNITED STATES BANKRUPTCY JUDGE