## DOCUMENTS TO BE PRODUCED

1. All tax returns prepared on behalf of the NY Companies with schedules and attachments for 2013, 2014, and 2015.

2. K-1 tax forms for each member of the NY Companies for the years 2010 and 2015.

3. All W-2 forms and 1099 forms issued by the NY Companies from 2010 through 2015.

4. General Ledgers from 2010 through the present of NYFH, Metro, NY Fuel Distributors, LLC ("NYFD"), NY Dealer Stations, LLC ("NYDS"), NY Dealer Stations Management, LLC ("NYDSM") and Amsterdam 181 Realty, LLC ("Amsterdam") in searchable, electronic format. Please provide an extract of the raw data (not a print report) from your general ledger system for each year 2010 through the most recent date available in 2016 in a format such as Excel, comma or tab delimited text file, or database back-up extract. In these formats, ensure the files have descriptive headers and file names and contain all available fields. Alternatively, if you are utilizing a system such as Quickbooks, please provide a copy of the underlying Quickbooks GL or database files along with the ADMIN User ID and Password for each of the files.

5. All financial statements prepared on behalf of the Companies for the period from 2010 to 2015.

6. All documents used to prepare the Companies' income tax returns for the period from 2010 to 2015.

7. All financial statements submitted by the Companies to any third parties.

8. All valuations of property concerning property owned by the Companies.

9. Copies of all insurance policies maintained by the Companies including but not limited to "key man" insurance, liability, casualty, property loss, theft and environmental.

10. All real estate appraisals of property owned by the Companies.

11. All documents concerning the transfer by the Companies:

    (a) An equity interest in a corporation;

    (b) a partnership interest in a partnership; and/or

    (c) a membership interest in a limited liability company.

12. All payroll and earnings records for 2010 to present.

13. All bank statements and statements form financial accounts for the period from 2013-2015.

14. All brokerage account statements for the Companies for the period from 2013-2015.

15. All loan applications prepared by or on behalf of the Companies for the period from 2010-2015.

16. All documents concerning distributions or income paid to any investors including copies of checks, wire transfer receipts and tax forms for the period from 2010-2015.

17. All documents concerning distributions or income paid to any members including copies of checks, wire transfer receipts and tax forms for the period from 2010-2015.

18. All documents concerning expenditures made for (i) legal fees; (ii) advertising, entertainment and promotion; (iii) acquisition of property; and payroll for the period from 2010-2015.

19. All income statements concerning the Companies for the period from 2010-2015.

20. All balance sheets of the Companies for the period from 2010 - 2015.

21. All accounts receivable and loans made by the Companies for the period from 2010-2015.

22. 21. All accounts receivable and loans made by the Companies for the period from 2010-2015.

23. All corporate kits of the Companies.