Oxman Tulis Kirkpatrick Whyatt & Geiger LLP
120 Bloomingdale Rd.
White Plains, NY 10605


Invoice submitted to:
Leon Silverman
James A. Weil
c/o Silverman Realty Group
237 Mamaroneck Avenue
White Plains, NY 10605


January 03, 2012
In Reference To: People v. Brent Coscia

|  |  | Amount |
|---|---|---:|
|  | Previous balance | $70,763.47 |
| 12/31/2011 | Payment on account (NY Fuel Holdings LLC) - Thank You. Check No. 1048 | ($50,000.00) |
|  | Total payments and adjustments | ($50,000.00) |
|  | Balance due | $20,763.47 |



PLAINTIFF'S EXHIBIT

Oxman Tulis Kirkpatrick Whyatt & Geiger LLP
120 Bloomingdale Rd.
White Plains, NY 10605

Invoice submitted to:
Leon Silverman
James A. Weil
c/o Silverman Realty Group
237 Mamaroneck Avenue
White Plains, NY 10605

November 02, 2011
In Reference To: People v. Brent Coscia

Invoice #13688

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2011 | MSO | Litigation<br>Review phone records; conference with T&M | 2.00<br>385.00/hr | 770.00 |
| 10/4/2011 | LNR | Litigation<br>Review Weil v El Jamal file in order to prepare chronology of events for Coscia trial | 1.70<br>340.00/hr | 578.00 |
|  | MSO | Litigation<br>Meeting with client; trial preparation | 2.00<br>385.00/hr | 770.00 |
| 10/5/2011 | MSO | Litigation<br>Trial preparation | 4.00<br>385.00/hr | 1,540.00 |
| 10/6/2011 | MMK | Litigation<br>Research | 9.00<br>300.00/hr | 2,700.00 |
|  | MSO | Litigation<br>Trial preparation | 2.50<br>385.00/hr | 962.50 |
| 10/7/2011 | MMK | Litigation<br>Research | 8.00<br>300.00/hr | 2,400.00 |
|  | MSO | Litigation<br>Trial preparation | 3.00<br>385.00/hr | 1,155.00 |
| 10/8/2011 | MSO | Litigation<br>Trial preparation | 4.00<br>385.00/hr | 1,540.00 |

Leon Silverman                                                                                          Page   2

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 10/10/2011 | MMK | Litigation<br>Research |  | 6.00<br>300.00/hr | 1,800.00 |
| 10/11/2011 | LNR | Litigation<br>Conference with Marvin re spoofing |  | 0.20<br>340.00/hr | 68.00 |
|  | MMK | Litigation<br>Research |  | 10.00<br>300.00/hr | 3,000.00 |
|  | MSO | Litigation<br>Meeting with client; multiple telephone calls; trial preparation |  | 3.00<br>385.00/hr | 1,155.00 |
| 10/12/2011 | MMK | Litigation<br>Research |  | 9.00<br>300.00/hr | 2,700.00 |
|  | MSO | Litigation<br>Trial preparation |  | 3.00<br>385.00/hr | 1,155.00 |
|  | LNR | Litigation<br>Review file for inconsistent statements in El Jamal affidavits; conference Marvin Kelly and M. Oxman re same |  | 0.40<br>340.00/hr | 136.00 |
| 10/13/2011 | MMK | Litigation<br>Research |  | 9.00<br>300.00/hr | 2,700.00 |
|  | MSO | Litigation<br>Trial |  | 5.00<br>385.00/hr | 1,925.00 |
| 10/14/2011 | MMK | Litigation<br>Research |  | 9.00<br>300.00/hr | 2,700.00 |
|  | MSO | Litigation<br>Trial |  | 8.00<br>385.00/hr | 3,080.00 |
| 10/17/2011 | MMK | Litigation<br>Research |  | 10.00<br>300.00/hr | 3,000.00 |
|  | MSO | Litigation<br>Trial preparation |  | 2.00<br>385.00/hr | 770.00 |
| 10/18/2011 | MMK | Litigation<br>Research |  | 12.00<br>300.00/hr | 3,600.00 |
|  | MSO | Litigation<br>Trial preparation |  | 3.00<br>385.00/hr | 1,155.00 |
| 10/19/2011 | MMK | Litigation<br>Research |  | 10.00<br>300.00/hr | 3,000.00 |
|  | MSO | Litigation<br>Trial preparation |  | 6.00<br>385.00/hr | 2,310.00 |

**Exhibit E page 3**

Leon Silverman                                                                                       Page    3

|            |     |                                                                        | Hrs/Rate        | Amount       |
|------------|-----|------------------------------------------------------------------------|-----------------|--------------|
| 10/20/2011 | MMK | Litigation<br>Research                                                 | 4.00<br>300.00/hr | 1,200.00   |
|            | MSO | Litigation<br>Trial - Verdict                                          | 4.00<br>385.00/hr | 1,540.00   |
| 10/27/2011 | MSO | Litigation<br>Telephone calls to Mount Pleasant District Attorney      | 0.60<br>385.00/hr | 231.00     |
| 10/28/2011 | MSO | Litigation<br>Telephone call and letter to Westchester County District Attorney | 1.00<br>385.00/hr | 385.00 |

For professional services rendered                                          151.40        $50,025.50

Additional Charges :

|            |     |                                                                   | Qty/Price      |           |
|------------|-----|-------------------------------------------------------------------|----------------|-----------|
| 10/5/2011  | MSO | Fees<br>Seth Friedland, Esq. (subpoena fee), Check #6459          | 1<br>45.00     | 45.00     |
| 10/10/2011 | MSO | Fees<br>Detective Louis Arlotta (subpoena fee), Check #6464       | 1<br>40.00     | 40.00     |
| 10/11/2011 | MSO | Fees<br>Robert Krupsky (subpoena fee), Check #6465                | 1<br>45.00     | 45.00     |
| 10/12/2011 | MSO | Fees<br>Carbone & Associates (transcript), Check #6466            | 1<br>2,500.00  | 2,500.00  |
| 10/17/2011 | MSO | Fees<br>Carbone & Associates (transcript), Check #6468            | 1<br>1,430.00  | 1,430.00  |
|            | MSO | Fees<br>AT&T (records)                                            | 1<br>40.00     | 40.00     |

Total costs                                                                                $4,100.00

Total amount of this bill                                                                  $54,125.50

Previous balance                                                                           $16,637.97

Balance due                                                                                $70,763.47

Timekeeper Summary

| Name          | Hours | Rate   | Amount      |
|---------------|-------|--------|-------------|
| Lois Rosen    | 2.30  | 340.00 | $782.00     |
| Marc S. Oxman | 53.10 | 385.00 | $20,443.50  |

**Exhibit E page 4**

Leon Silverman                                                                                          Page    4

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Marvin M. Kelly | 96.00 | 300.00 | $28,800.00 |

Oxman Tulis Kirkpatrick Whyatt & Geiger LLP
120 Bloomingdale Rd.
White Plains, NY 10605


Invoice submitted to:
Leon Silverman
James A. Weil
c/o Silverman Realty Group
237 Mamaroneck Avenue
White Plains, NY 10605


October 05, 2011
In Reference To: People v. Brent Coscia

Invoice #13661

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/6/2011 | MSO | Litigation<br>Court appearance | 1.50<br>385.00/hr | 577.50 |
| 9/21/2011 | MSO | Litigation<br>Trial preparation; letter to T & M | 2.50<br>385.00/hr | 962.50 |
| 9/27/2011 | MSO | Litigation<br>Meeting with client | 1.00<br>385.00/hr | 385.00 |
| 9/28/2011 | MSO | Litigation<br>Meeting with client; trial preparation | 2.50<br>385.00/hr | 962.50 |
| 9/30/2011 | MSO | Litigation<br>Meeting with B. Coscia; issuance of subpoenas | 1.50<br>385.00/hr | 577.50 |
|  |  | For professional services rendered | 9.00 | $3,465.00 |

Additional Charges :

|  |  |  | Qty/Price | |
|---|---|---|---|---|
| 9/30/2011 | MSO | Fees<br>Bianca Formisano (subpoena fee), Check #6449 | 1<br>45.00 | 45.00 |
|  | MSO | Fees<br>Bryan Orser (subpoena fee), Check #6450 | 1<br>45.00 | 45.00 |
|  | MSO | Fees<br>Miguel Santiago (subpoena fee), Check #6451 | 1<br>45.00 | 45.00 |

Exhibit E page 6

Oxman Tulis Kirkpatrick Whyatt & Geiger LLP
120 Bloomingdale Rd.
White Plains, NY 10605

Invoice submitted to:
Leon Silverman
James A. Weil
25 Saint Charles Street
Thornwood,, NY 10594

September 06, 2011

In Reference To:   People v. Brent Coscia

Invoice #13641

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/10/2011 | MSO | Litigation<br>Meeting with B. Coscia and J. Martino; prepare affidavit; letter to police department | 2.00<br>385.00/hr | 770.00 |
| 8/23/2011 | MSO | Litigation<br>Court appearance | 1.50<br>385.00/hr | 577.50 |
| 8/29/2011 | MSO | Litigation<br>Meeting with client; letter to ADA | 1.00<br>385.00/hr | 385.00 |
| 8/30/2011 | MSO | Litigation<br>Letter to District Attorney | 0.50<br>385.00/hr | 192.50 |
|  |  | For professional services rendered | 5.00 | $1,925.00 |

Additional Charges :

|  |  |  | Qty/Price |  |
|---|---|---|---|---|
| 8/15/2011 | MSO | FedEx<br>Invoice #7-581-40921, Check #6408 | 1<br>18.47 | 18.47 |
|  |  | Total costs |  | $18.47 |
|  |  | Total amount of this bill |  | $1,943.47 |
|  |  | Previous balance |  | $11,049.50 |

Leon Silverman                                                                                         Page     2

                                                                                                     Amount

            Balance due                                                                          $12,992.97

                                       Timekeeper Summary
| Name | Hours | Rate | Amount |
|---|---|---|---|
| Marc S. Oxman | 5.00 | 385.00 | $1,925.00 |

Leon Silverman                                                                                     Page    2

|            |     |            |                                                                                                          | Hrs/Rate        | Amount     |
|------------|-----|------------|----------------------------------------------------------------------------------------------------------|-----------------|------------|
| 6/29/2011  | MSO | Litigation | Prepare for hearing; consultation with client; telephone calls                                           | 3.50 385.00/hr  | 1,347.50   |
| 6/30/2011  | MSO | Litigation | Appearance before Harrison Justice Court (Hearing)                                                       | 2.50 385.00/hr  | 962.50     |
| 7/5/2011   | MSO | Litigation | Meeting with J. Weil; L. Silverman, B. Coscia                                                            | 1.00 385.00/hr  | 385.00     |
| 7/7/2011   | MSO | Litigation | Draft letter to ADA Livingston                                                                           | 1.00 385.00/hr  | 385.00     |
| 7/11/2011  | MSO | Litigation | Multiple telephone calls                                                                                 | 0.70 385.00/hr  | 269.50     |
| 7/12/2011  | MSO | Litigation | Multiple telephone calls                                                                                 | 0.90 385.00/hr  | 346.50     |
| 7/21/2011  | MSO | Litigation | Meeting with B. Coscia and H. Simpson; draft of letter to Westchester County District Attorney; multiple telephone calls | 2.00 385.00/hr  | 770.00     |
| 7/26/2011  | MSO | Litigation | Court appearance                                                                                         | 1.50 385.00/hr  | 577.50     |
| 7/28/2011  | MSO | Litigation | Re-draft letter to Westchester District Attorney                                                         | 1.00 385.00/hr  | 385.00     |

For professional services rendered                                              28.70    $11,049.50

Balance due                                                                              $11,049.50

Timekeeper Summary

| Name          | Hours | Rate   | Amount      |
|---------------|-------|--------|-------------|
| Marc S. Oxman | 28.70 | 385.00 | $11,049.50  |

**Exhibit E page 9**

Oxman Tulis Kirkpatrick Whyatt & Geiger LLP
120 Bloomingdale Rd.
White Plains, NY 10605

Invoice submitted to:
Leon Silverman
James A. Weil
25 Saint Charles Street
Thornwood,, NY 10594

August 10, 2011

In Reference To:  People v. Brent Coscia

Invoice #13621

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/14/2011 MSO | Litigation<br>Meeting with Harrison Police Department; telephone conferences | | 3.50<br>385.00/hr | 1,347.50 |
| 6/16/2011 MSO | Litigation<br>Meeting with Westchester County ADA Livingston; meeting with L. Silverman | | 3.00<br>385.00/hr | 1,155.00 |
| 6/17/2011 MSO | Litigation<br>Telephone call with ADA Livingston; telephone call with Harrison Justice Court; letter | | 0.80<br>385.00/hr | 308.00 |
| 6/21/2011 MSO | Litigation<br>Court appearance - modify protective order | | 2.00<br>385.00/hr | 770.00 |
| 6/22/2011 MSO | Litigation<br>Letter to Westchester District Attorney | | 1.00<br>385.00/hr | 385.00 |
| 6/23/2011 MSO | Litigation<br>Multiple telephone calls | | 1.50<br>385.00/hr | 577.50 |
| 6/27/2011 MSO | Litigation<br>Telephone call with Harrison Justice Court; telephone call with Detective Arlotta; telephone call with client | | 0.50<br>385.00/hr | 192.50 |
| 6/28/2011 MSO | Litigation<br>Court appearance (Harrison); preparation of affidavits; telephone calls (3) | | 2.30<br>385.00/hr | 885.50 |

```
5/7/2014              Oxman Tulis Kirkpatrick Whyatt & Geiger LLP
3:44 PM                         A/R Transaction Listing                          Page    1

                                    Selection Criteria

A/R.Classification     Open
Clie.Selection         Include: Coscia (People v.)
```

'B' for Billed.  'P' for Posted.

| ID | Date | Type Invoice # | Client Check Number | | Total |
|---|---|---|---|---|---|
| 5964 | 8/10/2011 | INV G:13621 | B | Coscia (People v.) | 11049.50 |
| | | Invoice No. 13621 | | | |
| 6002 | 9/6/2011 | INV G:13641 | B | Coscia (People v.) | 1943.47 |
| | | Invoice No. 13641 | | | |
| 6033 | 10/5/2011 | INV G:13661 | B | Coscia (People v.) | 3645.00 |
| | | Invoice No. 13661 | | | |
| 6067 | 11/2/2011 | INV G:13688 | B | Coscia (People v.) | 54125.50 |
| | | Invoice No. 13688 | | | |
| 6117 | 12/31/2011 | PAY I:171 | B | Coscia (People v.) 1048 | (50000.00) |
| | | Payment on account (NY Fuel Holdings LLC) - Thank You. Check No. 1048 | | | |
| 6189 | 2/21/2012 | PAY | | Coscia (People v.) 1051 | (20763.47) |
| | | Payment - Thank You. Check No. 1051 | | | |

Grand Total
Invoice
Payment

70763.47
(70763.47)


PLAINTIFF'S
EXHIBIT