# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SAMMY ELJAMAL,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 15-22872 (RDD) |

**[PROPOSED] ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 AUTHORIZING THE ISSUANCE OF SUBPOENA FOR THE PRODUCTION OF DOCUMENTS AND TAKING OF TESTIMONY FROM CENTRALIZED MANAGEMENT SERVICES, INC.**

Upon the motion dated March 24, 2017 (the "**Motion**") of the Official Committee of Unsecured Creditors (the "**Committee**") of Sammy Eljamal (the "**Debtor**"), seeking entry of an order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure authorizing the issuance of a subpoena <u>duces tecum</u> and <u>ad testificandum</u> for the production of documents and examination under oath of Centralized Management Services, Inc. ("**CMS**"); and the Court having jurisdiction to consider the application and grant the requested relief, and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion and any opposition or response thereto; and that it appearing that notice of the Motion was good and sufficient under the circumstances and that no other or further notice need be given; and it appearing that the relief requested by the Committee is within the scope of permissible discovery under Bankruptcy Rule 2004 and is in the best interests of the Debtor's estate and creditors; and after due deliberation thereon; and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted and the Committee is authorized to issue a subpoena <u>duces tecum</u> and <u>ad</u> <u>testificandum</u> to CMS in the form and substance of the subpoena annexed to the Motion on 14 and 21 days' notice, respectively.

2. In the event CMS fails to comply with the provisions of this Order, the Committee shall be permitted to seek an immediate conference with the Court (either in person or telephonically), subject only to the Court's availability and provided that the Committee shall give CMS or such other recipient at least three days' notice thereof.

3. This Order is without prejudice to the rights of the Committee to apply for further discovery of any material witness or document.

4. This Order is without prejudice to the assertion of any applicable privilege; provided, that if a document is withheld from production hereunder on the basis of an asserted privilege, a proper privilege log shall be produced at the time required for document production hereunder.

Dated: _____, 2017
       New York, New York

                                       HONORABLE ROBERT D. DRAIN
                                       UNITED STATES BANKRUPTCY JUDGE