**ZuKu Consulting Service, Inc**
49 McGeory Ave
Bronxville, NY 10708

**Invoive**

Date: 4/11/2017
Invoice # 24405

Bill To

Sammy Eljamal
C/O Anne Penachio
235 Main Street
White Plains NY 10601

| QUANTITY | DISCRIPTIONS | RATE | AMOUNT |
|---|---|---|---|
| 24 hours | Install/setup/configure Workstation with 3 VMS | $ 180.00 An Hour | $4320.00 |
| 10 hours | Support | | $1800.00 |
| 6 hours | Configurations/support | | $1080.00 |
| 5 HOURS | COPYING/ORGANIZING CDS MATERIALS | | $900.00 |
| | | TOTAL | $8100.00 |

PHONE: (914)661-1453