# TEITELBAUM LAW GROUP, LLC
*Attorneys at Law*

*Jay Teitelbaum\**

April 18, 2017

**VIA ECF**
Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

Re:   In re Sammy Eljamal, Case No. 15-22872 (RDD)

Dear Judge Drain:

We represent the Oxman Law Group, PLLC ("Oxman") with respect to the motion filed by Debtor as ECF Docket No. 463 (the "Motion"). Due to exigent circumstances, we are unable to file papers responsive to the Motion by the close of business today. Anne Penachio, as counsel for the Debtor, has agreed to extend our time to file such papers until tomorrow, April 19, 2017 at 5:00 p.m.

We respectfully request that the Court accept this consensual agreement to a short extension of time to file Oxman's response to the Motion.

Respectfully,

/s Jay Teitelbaum
Jay Teitelbaum

cc.
Anne Penachio (via email)
All other parties (via ECF)

---

1 Barker Avenue
Third Floor
White Plains, New York 10601
Telephone: 914-437-7670
Fax: 914-437-7672
All service of papers to White Plains. Fax and E-Mail Service Accepted

E-Mail: jteitelbaum@tblawllp.com
Website: www.tblawllp.com

*Admitted: N.Y. State and Federal Courts; United States District Courts for the District of Connecticut and the Southern District of Indiana

9 East 40th Street
Fourth Floor
New York, New York 10016
Telephone: 646-233-3013