H. Bruce Bronson
Bronson Law Offices, PC
480 Mamaroneck Ave.
Harrison, NY 10528
914-269-2530 (tel.)
888-908-6906 (fax)
hbbronson@bronsonlaw.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

In re                                                                    CHAPTER 11

       SAMMY ELJAMAL,
                                                                Case No.: 15-22872 (RDD)
                                Debtor                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**ARRIRMATION OF H. BRUCE BRONSON, ESQ. ON BEHALF OF
MUSA ELJAMAL IN SUPPORT OF DEBTOR'S MOTION UNDER RULE
2019**

**H. BRUCE BRONSON** hereby affirms under the penalties of perjury:

1.    I am a member of the Bar of the State of New York and of this Court. I am an attorney for Musa Eljamal **("Musa"),** a creditor of Sammy ElJamal (the "Debtor").

2.    Debtor's motion requests sanctions (i) for violations of Bankruptcy Rule 2019; and (ii) for fraud perpetrated in this Court by Committee Chair Brent Coscia ("Coscia") for which Debtor seeks (i) disallowance of Coscia's claim (ii) the preclusion of Coscia from voting on any plan of reorganization; (iii) the removal of Coscia from the Official Committee of Unsecured Creditors (the "Committee"); (iv) the disqualification of the Oxman Law Group PLLC (the "Oxman Firm"); (v) the imposition of costs and other sanctions on Cosccia and the Oxman Firm in an amount that the curt deems fair and just; and (vi) for such other relief as may be just and proper.

3.    Musa who is a creditor of Debtor and has a lot at stake in the Debtor's bankruptcy and Chapter 11 Plan, has throughout Debtor's bankruptcy been consistently working towards a resolution of Debtor's bankruptcy and has even agreed to contribute funds to Debtor's Chapter 11 Plan as jointly promulgated by Musa and the Debtor.

4.    Simply put, Musa has spent a tremendous amount of time, money and aggravation in many settlement conferences.

5.    It is now Musa's view that all of his time in attempting to settle the Debtor's case was needlessly wasted.

6.    Had it been known that Coscia had entered into a "covenant not to sue" as set forth in Debtor's Motion and Reply to Opposition, Musa would have known that settlement was futile.

7.    While the Committee has attempted to down play the importance of the disclosure of the "covenant not to sue" and the fee arrangements whereunder NY Fuel Distributors, LLC ("NYFD") agreed to advance the legal fees and expenses for Mr. Coscia, they are critical issues to Musa that were necessary for him to know prior to mediation.

8.    Accordingly, Musa fully supports the Debtor's 2019 Motion and requests that the relief asked for by Debtor be granted.

Dated: Harrison, NY
April 20, 2017

/s/ H. Bruce Bronson, Esq.
H. Bruce Bronson
Bronson Law Offices, P.C.
480 Mamaroneck Ave.
Harrison, NY 10528