HERRICK, FEINSTEIN LLP
Robert L. Rattet
Stephen B. Selbst
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
rrattet@herrick.com
sselbst@herrick.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re                                                                    Chapter 11

SAMMY ELJAMAL.,                                         Case No. 15-22872 (RDD)

                        Debtor.
--------------------------------------------------------x

**VERIFIED STATEMENT OF HERRICK, FEINSTEIN LLP
PURSUANT TO BANKRUPTCY RULE 2019(A)**

Herrick, Feinstein LLP ("Herrick") submits this verified statement (the "Verified Statement") pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure ("Rule 2019").

1. Herrick is a law firm that maintains its principal office at 2 Park Avenue, New York, New York 10016.

2. At a hearing held on February 7, 2017, this Court inquired into the professional status and relationships between certain attorneys and clients in this chapter 11 case pursuant to Rule 2019. Although Herrick was not requested by this Court to file a statement pursuant to Rule 2019, because our client Leon Silverman ("Silverman") serves as an *ex officio* member of the Official Creditors Committee, and because Herrick regularly attends Committee meetings on behalf of Silverman, Herrick wishes to provide the information requested of others.

3. For many years, Robert L. Rattet, of counsel to Herrick, has represented Silverman and various affiliates and entities controlled by Silverman. Shortly after this chapter 11 case was commenced in June 2015, Silverman retained Herrick to represent him in connection with Wholesale Fuel Distributors, LLC ("WFC") Wilton Motiva Associates, LLC ("Wilton"), Connecticut Dealers Stations, LLC ("CDS"), and with respect to Silverman's direct and indirect interests in New York Fuel and the New York Companies (collectively, the "Named Entities"), all of which have interests that are or may be adverse to the Debtor.

4. On November 6, 2013 Silverman exercised his right to acquire the interests of the Debtor in CDS and WFD. The Debtor retains an indirect and beneficial 1% interest in WFD.

5. Since the inception of the Debtor's Chapter 11 case, Herrick has been paid $8,333 by Wilton, $72,643 by WFD, and $43,091 by CDS. Prospectively, all of Herrick's legal fees and expenses in connection with this engagement will be paid solely by Wilton.

6. Silverman's business address, which is also the address from which he maintains his interests in the Named Entities, is located at 237 Mamaroneck Ave #404, White Plains, New York 10605. Silverman is ultimately responsible for paying Herrick's legal fees and expenses in connection with Herrick's representation of the Named Entities.

7. Nothing herein should be deemed a proof of claim or a waiver of any right to file a proof of claim in an amount which differs from the amounts scheduled by the Debtors. In addition, Herrick reserves the right to revise, to supplement, and to amend this Verified Statement as deemed necessary.

Dated:   New York, New York
         April 24, 2017

HERRICK, FEINSTEIN LLP

By: /s/ Robert L. Rattet
  Robert L. Rattet
  2 Park Avenue
  New York, NY  10016
  Phone:  212.592.1400
  rrattet@Herrick.com

3

HF 11275330v.1 #17917/0001

## VERIFICATION

Robert L. Rattet hereby declares under penalty of perjury as follows:

1. I am of counsel to the law firm of Herrick, Feinstein LLP ("Herrick").

2. I have read the foregoing *Verified Statement of Herrick, Feinstein LLP Pursuant to Bankruptcy Rule 2019(a)* and know the contents thereof to be true to my own knowledge, except as to those matters therein stated to be alleged upon information and belief, and, as to those matters, I believe them to be true. The source of my information and belief is communications with Herrick's clients as well as my communications with other attorneys at Herrick and the review of certain documents.

Dated: New York, New York
April 24, 2017

/s/ Robert L. Rattet
Robert L. Rattet