UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SAMMY ELJAMAL,

Debtor.

Chapter 11
Case No.: 15-22872-rdd

**ORDER DENYING MOTION OF MUSA ELJAMAL TO DISQUALIFY THE OXMAN LAW GROUP, PLLC**

Upon the motion (ECF No. 436) (the "**Motion**") of Musa Eljamal for entry of an order disqualifying the Oxman Law Group, PLLC ("**Oxman**") from representing any party in this bankruptcy case; and upon (i) the opposition of Brent Coscia to the Motion (ECF No. 442), (ii) the objection of the Official Committee of Unsecured Creditors (the "**Committee**") to the Motion (ECF No. 443), (iii) the declaration of Robert L. Rattett in opposition to the Motion (ECF No. 444), (iv) the statement of the debtor herein (the "**Debtor**") in support of the Motion (ECF No. 445), (v) the Debtor's reply to the opposition of the Committee (ECF No. 447), (vi) Brent Coscia's reply to Debtor's Statement (ECF No. 448), (vii) the response of Oxman to the Motion and the Debtor's Statement (ECF No. 546), (viii) Musa Eljamal's supplement to the Motion (ECF No. 551), (ix) the declaration of John J. Morgan in response to the declaration of Brent Coscia (ECF No. 573), and (x) all other pleadings filed in connection with the Motion, including the disclosure by Oxman under Fed. R. Bankr. P. 2019 and the substitution of Marc Stuart Goldberg, LLC for Oxman as counsel of record for Brent Coscia in this case (the "**Substitution of Counsel**"); and upon the record of, and representations made at, the hearings held by the Court on the Motion on February 7, 2017 and April 25, 2017 (the "**Hearing**"), it is hereby

1

**ORDERED,** that the Motion is denied as moot in light of the Substitution of Counsel and representations made by counsel for Oxman at the Hearing with respect to the cessation of the firm's role in this bankruptcy case, without prejudice to any right to seek relief with respect to disqualification of Oxman in any matters pending outside of this bankruptcy case, if any, which may be raised in the court(s) presiding over such matters.

DATED:   White Plains, New York
         April 27, 2017

                                        /s/ Robert D. Drain
                                        Robert D. Drain
                                        United States Bankruptcy Judge