UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

BOND NUMBER 10BSBHN2937

In re:

SAMMY ELJAMAL,

Debtor.

Chapter 11

Case No.    15-22872 (RDD)

## OPERATING CHAPTER 11 TRUSTEE BOND

**KNOW ALL BY THESE PRESENTS**, That we, **Stephen S. Gray, c/o Gray & Company LLC, 207 Union Wharf, Boston, MA 02109, as Principal** and **HARTFORD FIRE INSURANCE COMPANY,** a corporation created and existing under the laws of the State of Connecticut, as Surety, is held and firmly bound unto **THE UNITED STATES OF AMERICA** in the sum of **TEN THOUSAND AND 00/100ths----($10,000.00)DOLLARS,** lawful money of the United States to be paid to the United States, for which payment, well and truly to be made, we bind ourselves and our heirs, executors, administrators, successors and assigns, jointly and severally by these presents.

**Effective Date: June 8, 2017.**

**THE CONDITION OF THE OBLIGATION IS SUCH,** That, **WHEREAS,** the above named **Stephen S. Gray** was appointed Trustee in the case pending in bankruptcy wherein **SAMMY ELJAMAL** is the Debtor, and he has accepted said trust with all the duties and obligations pertaining thereto.

**NOW, THEREFORE,** if the said **Stephen S. Gray** shall obey such orders as said Court may make in relation to said trusts, and shall faithfully and truly account for all monies, assets, and effects of the estates of said Debtor which shall come into his hands and possession, and shall in all respects faithfully perform all his official duties, then this obligation to be void; otherwise to remain in full force and virtue.

**Signed and sealed this 9th day of June, 2017.**

BY: _____
Stephen S. Gray,            Principal

**HARTFORD FIRE INSURANCE COMPANY**

BY: _____
Margaret McLaughlin, Attorney-In-Fact

RECEIVED JUN 28 2017
U.S. BANKRUPTCY COURT
SO. DIST. OF N.Y.

# POWER OF ATTORNEY

*Direct Inquiries/Claims to:*
**THE HARTFORD**
Bond T-4
One Hartford Plaza
Hartford, Connecticut 06155
*call:* 888-266-3488 *or fax:* 860-757-5835)

Agency Code: 10-257097

KNOW ALL PERSONS BY THESE PRESENTS THAT:

- [X] Hartford Fire Insurance Company, a corporation duly organized under the laws of the State of Connecticut
- [X] Hartford Casualty Insurance Company, a corporation duly organized under the laws of the State of Indiana
- [X] Hartford Accident and Indemnity Company, a corporation duly organized under the laws of the State of Connecticut
- [ ] Hartford Underwriters Insurance Company, a corporation duly organized under the laws of the State of Connecticut
- [ ] Twin City Fire Insurance Company, a corporation duly organized under the laws of the State of Indiana
- [ ] Hartford Insurance Company of Illinois, a corporation duly organized under the laws of the State of Illinois
- [ ] Hartford Insurance Company of the Midwest, a corporation duly organized under the laws of the State of Indiana
- [ ] Hartford Insurance Company of the Southeast, a corporation duly organized under the laws of the State of Florida

having their home office in Hartford, Connecticut (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint, up to the amount of Unlimited :

Maria Sponza, Anita Hunter, Margaret McLaughlin, Carol Levine of NEW YORK, New York

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ☒, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

In Witness Whereof, and as authorized by a Resolution of the Board of Directors of the Companies on August 1, 2009, the Companies have caused these presents to be signed by its Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



Wesley W. Cowling, Assistant Secretary

M. Ross Fisher, Vice President

STATE OF CONNECTICUT  }
COUNTY OF HARTFORD   } ss. Hartford

On this 12th day of July, 2012, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.

Kathleen T. Maynard
Notary Public
My Commission Expires July 31, 2016

CERTIFICATE

I, the undersigned, Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of   June 9, 2017
Signed and sealed at the City of Hartford.



Gary W. Stumper, Vice President

POA 2012

# HARTFORD FIRE INSURANCE COMPANY

## Hartford, Connecticut

*Financial Statement December 31, 2016*

Statutory Basis

### ASSETS

| | |
|---|---:|
| U.S. Government Bonds | $ 470,088,468 |
| Bonds of Other Governments | 157,991,464 |
| State, County Municipal Miscellaneous Bonds | 11,611,543,509 |
| Stocks | 5,786,059,500 |
| Short Term Investments | 736,098,910 |
| | $ 18,761,781,851 |
| Real Estate | $ 339,635,607 |
| Cash | 80,696,904 |
| Agents' Balances (Under 90 Day) | 2,963,110,122 |
| Other Invested Assets | 494,826,965 |
| Miscellaneous | 2,900,534,297 |
| **Total Admitted Assets** | **$ 25,540,585,746** |

### LIABILITIES

| | |
|---|---:|
| Reserve for Claims and Claim Expense | $ 7,803,571,492 |
| Reserve for Unearned Premiums | 2,123,226,931 |
| Reserve for Taxes, License and Fees | 57,955,851 |
| Miscellaneous Liabilities | 3,041,210,461 |
| **Total Liabilities** | **$ 13,025,964,735** |
| Capital Paid In $ 55,320,000 | |
| Surplus 12,459,301,011 | |
| Surplus as regards Policyholders | $ 12,514,621,011 |
| Total Liabilities, Capital and Surplus | $ 25,540,585,746 |

STATE OF CONNECTICUT  
COUNTY OF HARTFORD  } SS.  
CITY OF HARTFORD

Michael R. Hazel, Vice President and Controller, and Allen R. Craig, Assistant Secretary of the Hartford Fire Insurance Company, being duly sworn, each deposes and say that the foregoing is a true and correct statement of the said company's financial condition as of December 31, 2016.

Subscribed and sworn to before me this 20th day of April, 2017.

*[signature]*  
Notary Public

**LAURIE HANSEN**  
NOTARY PUBLIC  
State of Connecticut  
My Commission Expires  
December 31, 2018

*[signature]*  
Vice President and Controller

*[signature]*  
Assistant Secretary

Form CS-19-37 HF printed in U.S.A.