| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date: 09/26/17<br>Time: 10:00 o'clock a.m. |

------------------------------------------------------------------------x

In re:                                                      Chapter 11

SAMMY ELJAMAL,                                              Case No. 15-22872 (RDD)

                       Debtor.

------------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF BRENT COSCIA TO TRUSTEE'S APPLICATION TO RETAIN CR3 PARTNERS, LLC

Brent Coscia ("Coscia"), by his attorneys, Marc Stuart Goldberg, LLC, hereby withdraws his limited objection (the "Objection") [ECF Dkt. No. 654], to the application dated August 10, 2017 of Stephen S. Gray, as chapter 11 trustee (the "Trustee") of the estate Sammy Eljamal (the "Debtor"), for an order authorizing the retention of CR3 Partners, LLC ("CR3") as Trustee's accountant, [ECF Dkt. No. 646] (the "CR3 Retention Application").

Dated: Scarsdale, New York
        September 22, 2017

                                    Marc Stuart Goldberg, LLC
                                    Attorneys for Brent Coscia
                                    By: /s/ Marc Stuart Goldberg
                                    670 White Plains Road, Suite 121
                                    Scarsdale, New York 10583
                                    (914) 725-8200
                                    E-mail: mgoldberg@msglegal.com