UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                              :
In re:                                        :        Chapter 11
                                              :
SAMMY ELJAMAL,                                :        Case No. 15-22872 (RDD)
                                              :
                        Debtor.               :
                                              :
---------------------------------------------------------------x

### ORDER AUTHORIZING DISCOVERY PURSUANT TO
### RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Upon the application, dated January 9, 2018 (the "Application"),[1] of

Stephen S. Gray, not individually but solely in his capacity as the Chapter 11 trustee

(the "Trustee") of the estate of Sammy ElJamal (the "Debtor") in the above-captioned

case, for an order authorizing the issuance of subpoenas for the production of

documents and information and deposition testimony; and upon the responsive letter

to the Court, dated January 10, 2018 by counsel for the Debtor and the reply thereto,

dated January 12, 2018 by counsel for the Trustee; and, after due deliberation, the Court

having determined that the Application establishes good and sufficient cause for the

relief granted hereby; and no hearing or additional notice being required except as set

forth herein, it is hereby

**ORDERED**, that the Application is granted as provided herein pursuant

to Fed. R. Bankr. P. 2004;  and it is further

---

[1]   Capitalized terms not defined herein shall have the meanings ascribed in the Application.

**ORDERED**, that the Trustee and/or his counsel are authorized to issue

subpoenas for the production of documents and for deposition testimony consistent

with Fed. R. Bankr. P. 2004 and 9016 concerning any asset, liability, duty, obligation,

contract, transaction, or other issue related in any way to the Debtor, including those

related in any way to any distributions realized by the Debtor, whether or not such

distributions were actually received, from entities that the Debtor owned or owns

and/or operates, including upon  current and former professionals retained by the

Debtor, financial institutions used by the Debtor (or affiliated entities), business

partners of the Debtor, and affiliated entities (among others); and it is further

**ORDERED**, that subpoenas authorized by this Order may be served by

overnight mail or any other method of service permitted under Fed. R. Bankr. P. 9016 or

by other means agreed to by the subpoenaed parties, along with a copy of the

Application and a copy of this Order;  and it is further

**ORDERED**, that any subpoena issued pursuant to this Order shall

provide at least 14 days notice to the recipient to provide the recipient an opportunity to

object to the subpoena or to file any motion with the Court;  and it is further

**ORDERED**, if any entity or person who receives a subpoena for the

production of documents pursuant to this Order withholds any document on the

basis of an asserted privilege, that entity is directed to provide a privilege log in

accordance with Fed. R. Bankr. P. 7026 to the Togut Firm, One Penn Plaza, Suite 3335,

New York, New York 10119, Attn.:  Steven S. Flores, Esq., so as to be received with

the document production required by the subpoena, or at such time as mutually

2

agreed to by the Trustee and the subpoenaed entity or person;  and it is further

**ORDERED**, that entry of this Order is without prejudice to the rights of

the Trustee to apply for any other or further relief, including but not limited to further

relief under Fed. R. Bankr. P. 2004;  and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and determine

any and all matters arising from the interpretation and/or implementation of this

Order.

Dated:  White Plains, New York
        January 17, 2018

                                        /s/Robert D. Drain
                                        HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE