| The Hartford Insurance Company | Hartford Plaza, Hartford, CT 06115 |
|---|---|

## Endorsement No. 3

United States Bankruptcy Court     Re:     SAMMY ELJAMAL
Southern District of New York                  Chapter 11
                                                             Case No. 15-22872(RDD)

Attached to and forming part of Bond Number 10BSBHN2937, effective June 8, 2017
                                        policy number                  original effective date
On behalf of STEPHEN S. GRAY c/o Gray & Company LLC, 207 Union Wharf, Boston, MA  02109
              Principal's name                              Principals address
In favor of United States of America
              Obligee's name

and in the amount of **ONE MILLION ONE HUNDRED ONE THOUSAND THREE HUNDRED AND 00/100THS----($1,101,300.00)DOLLARS**

It is understood and agreed that effective **January 12, 2018,** the bond amount is being changed:

**FROM:**      ONE MILLION ONE HUNDRED ONE THOUSAND THREE HUNDRED AND 00/100THS----($1,101,300.00)DOLLARS

**TO:**          ONE MILLION ONE HUNDRED THIRTY-NINE THOUSAND FIVE HUNDRED AND 00/100THS----($1,139,500.00)DOLLARS.

All other conditions and terms remain as originally written.

Signed, Sealed, and Dated: January 12, 2018.

HARTFORD FIRE INSURANCE COMPANY

By: _____
           Maria Sponza, Attorney-in-Fact

Attest: _____
             Carol Levine, Attorney-In-Fact

The above endorsement is hereby agreed to and accepted:

By: _____
Linda Riffkin, AUST

# POWER OF ATTORNEY

Direct Inquiries/Claims to:
**THE HARTFORD**
Bond T-4
One Hartford Plaza
Hartford, Connecticut 06155
call: 888-266-3488 or fax: 860-757-5835

Agency Code: 10-257097

KNOW ALL PERSONS BY THESE PRESENTS THAT:

| | |
|---|---|
| X | Hartford Fire Insurance Company, a corporation duly organized under the laws of the State of Connecticut |
| X | Hartford Casualty Insurance Company, a corporation duly organized under the laws of the State of Indiana |
| X | Hartford Accident and Indemnity Company, a corporation duly organized under the laws of the State of Connecticut |
| | Hartford Underwriters Insurance Company, a corporation duly organized under the laws of the State of Connecticut |
| | Twin City Fire Insurance Company, a corporation duly organized under the laws of the State of Indiana |
| | Hartford Insurance Company of Illinois, a corporation duly organized under the laws of the State of Illinois |
| | Hartford Insurance Company of the Midwest, a corporation duly organized under the laws of the State of Indiana |
| | Hartford Insurance Company of the Southeast, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint, up to the amount of Unlimited:

**Maria Sponza, Anita Hunter, Margaret McLaughlin, Carol Levine of NEW YORK, New York**

their true and lawful Attorney(s)-In-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ☒, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

In Witness Whereof, and as authorized by a Resolution of the Board of Directors of the Companies on August 1, 2009, the Companies have caused these presents to be signed by its Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



Wesley W. Cowling, Assistant Secretary

M. Ross Fisher, Vice President

STATE OF CONNECTICUT
COUNTY OF HARTFORD } ss. Hartford

On this 12th day of July, 2012, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.

Kathleen T. Maynard
Notary Public
My Commission Expires July 31, 2016

CERTIFICATE

I, the undersigned, Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of January 12, 2018.
Signed and sealed at the City of Hartford.



Gary W. Stumper, Vice President

POA 2012

# HARTFORD FIRE INSURANCE COMPANY

## Hartford, Connecticut

*Financial Statement December 31, 2016*

Statutory Basis

### ASSETS

| | |
|---|---:|
| U.S. Government Bonds | $ 470,088,468 |
| Bonds of Other Governments | 157,991,464 |
| State, County Municipal Miscellaneous Bonds | 11,611,543,509 |
| Stocks | 5,786,059,500 |
| Short Term Investments | 736,098,910 |
| | $ 18,761,781,851 |
| Real Estate | $ 339,635,607 |
| Cash | 80,696,904 |
| Agents' Balances (Under 90 Day) | 2,963,110,122 |
| Other Invested Assets | 494,826,965 |
| Miscellaneous | 2,900,534,297 |
| **Total Admitted Assets** | **$ 25,540,585,746** |

### LIABILITIES

| | |
|---|---:|
| Reserve for Claims and Claim Expense | $ 7,803,571,492 |
| Reserve for Unearned Premiums | 2,123,226,931 |
| Reserve for Taxes, License and Fees | 57,955,851 |
| Miscellaneous Liabilities | 3,041,210,461 |
| **Total Liabilities** | **$ 13,025,964,735** |
| Capital Paid In   $ 55,320,000 | |
| Surplus              12,459,301,011 | |
| Surplus as regards Policyholders | $ 12,514,621,011 |
| **Total Liabilities, Capital and Surplus** | **$ 25,540,585,746** |

STATE OF CONNECTICUT  
COUNTY OF HARTFORD  } SS.  
CITY OF HARTFORD

Michael R. Hazel, Vice President and Controller, and Allen R. Craig, Assistant Secretary of the Hartford Fire Insurance Company, being duly sworn, each deposes and say that the foregoing is a true and correct statement of the said company's financial condition as of December 31, 2016.

Subscribed and sworn to before me this  
20th day of April, 2017.

*[signature: Laurie Hansen]*  
Notary Public

**LAURIE HANSEN**  
NOTARY PUBLIC  
State of Connecticut  
My Commission Expires  
December 31, 2018

*[signature]*  
Vice President and Controller

*[signature: Allen R. Craig]*  
Assistant Secretary

Form CS-19-37 HF   printed in U.S.A.