**Exhibit "C"**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                                           :

In re:                                                        :                Chapter 11

SAMMY ELJAMAL,                         :                Case No. 15-22872 (RDD)

                                  Debtor.        :

                                                                      :
-------------------------------------------------------------x

### ORDER DISALLOWING AND EXPUNGING
### PROOF OF CLAIM NUMBER 20-2 FILED BY MUSA ELJAMAL

Upon the application (the "Objection")[1] of Stephen S. Gray, not individually but solely in his capacity as the Chapter 11 trustee (the "Trustee") of the estate of Sammy ElJamal (the "Debtor") for entry of an order, pursuant to sections 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rules 3001 and 3007, disallowing and expunging proof of claim number 20-2 (the "Amended Claim") filed by the Debtor's father, Musa ElJamal ("Musa"); and upon the Declaration of Steven S. Flores, Esq. submitted in support of the Objection; and it appearing that the Court has jurisdiction over the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and good and sufficient notice of the Objection having been given and no other or further notice of the Objection being necessary; and upon the hearing conducted before the Court to consider the Objection (the "Hearing"); and upon the record made at the Hearing and the decision reached at the conclusion thereof; and upon all of the prior proceedings had herein; and good and sufficient cause appearing therefor; it is hereby

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

**ORDERED, ADJUDGED, AND DECREED that:**

1. The relief requested in the Objection is granted to the extent provided herein.

2. The Amended Claim against the Debtor is hereby disallowed and expunged.

3. The terms and conditions of this Order are effective immediately upon entry.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____ ____, 2018
      White Plains, New York

                                                  _____
                                                  HONORABLE ROBERT D. DRAIN
                                                  UNITED STATES BANKRUPTCY JUDGE