UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| SAMMY ELJAMAL, | : | Case No. 15-22872 (RDD) |
| | : | |
| Debtor. | : | |
| | : | |

-------------------------------------------------------------x

**ORDER GRANTING APPLICATION
OF CHAPTER 11 TRUSTEE FOR INTERIM ALLOWANCE OF
STATUTORY COMMISSION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the application for interim allowance of statutory commission and reimbursement of expenses under 11 U.S.C. §§ 326 and 331 filed by Stephen S. Gray, as Chapter 11 trustee (the "Trustee") of the estate of Sammy Eljamal, dated October 24, 2018 (the "Commission Application"); and a hearing having been held before the Court on November 29, 2018 to consider the Commission Application; and the Court having entered its Order dated December 3, 2018 (Dkt. No. 858) granting the final allowance of professional fees and expenses of all estate professionals in the amounts set forth therein and authorizing and directing the Trustee to pay same to the extent not previously paid, which amounts the Trustee has paid or is in the process of paying; and proper notice of the Commission Application having been given; and upon all of the prior proceedings in this Chapter 11 case; and after due deliberation and sufficient cause appearing therefor, and the relief sought appearing reasonable and proper, it is hereby **ORDERED** that:

1.      The Commission Application is granted and the Trustee shall be paid (a) reasonable compensation under sections 326 and 331 of the Bankruptcy Code in the amount of $498,310.96, which amount constitutes the allowance of his interim statutory trustee commission, without a bonus, and (b) reimbursed his actual and reasonable expenses in the amount of $15,751.02.

Dated: White Plains, New York
      December 11, 2018          /s/ Robert D. Drain_____
                              UNITED STATES BANKRUPTCY JUDGE