TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Scott E. Ratner

*Counsel for Stephen S. Gray,*
 *Not Individually But Solely in His Capacity*
 *as Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
In re:                                                            :   Chapter 11
                                                                  :
SAMMY ELJAMAL,                                                    :   Case No. 15-22872 (RDD)
                                                                  :
                    Debtor.                                       :
                                                                  :
------------------------------------------------------------------x

# TRUSTEE'S POST-CONFIRMATION
# MONTHLY OPERATING REPORT

## FROM: OCTOBER 1, 2018 TO DECEMBER 31, 2018

Stephen S. Gray, not individually but solely in his capacity as Chapter 11 Trustee of the estate of Sammy Eljamal, files his Post-Confirmation Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.

Signed:     /s/ Stephen S. Gray          Date:  1/15/19
Print Name:    Stephen S. Gray
Title:         Trustee

Trustee's Address
and Phone Number:

Stephen S. Gray
Gray & Company, LLC
207 Union Wharf
Boston, Massachusetts 02109
Telephone: (617) 875-6404

Attorney's Address
and Phone Number:

Scott E. Ratner, Esq.
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000

Note: The original Monthly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

MONTHLY OPERATING REPORT - ATTACHMENT NO. 1
POST CONFIRMATION

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2 | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3 | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4 | Is the Debtor current on all post-confirmation plan payments? | X | |
| | | | |

*If the answer to the first 3 questions is "YES," provide a detailed explanation of each item on a separate sheet

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1 | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | X |
| 2 | Are all premium payments current? | N/A | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY and CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

On November 29, 2018, the Court conducted a hearing to consider the final fee applications of all estate retained professionals, as well as the first request for statutory commission by the Trustee. By Orders dated December 7 and December 11, 2018, the Court allowed and awarded fees and commissions in respect of such applications, and the Trustee paid all such amounts (to the extent not previously paid) by year-end December 31, 2018.

**Estimated Date of Filing the Application for Final Decree:** June 30, 2019

# CHAPTER 11 POST-CONFIRMATION
# SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | Sammy Eljamal |
| **Case Number:** | 15-22872 (RDD) |
| **Date of Plan Confirmation:** | August 21, 2018 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | 10/01 to 10/31 | 11/01 to 11/30 | 12/01 to 12/31 | |
|---|---|---|---|---|---|
| | | **Oct 18** | **Nov 18** | **Dec 18** | **Post Confirmation Total** |
| 1. | **CASH (Beginning of Period)** | $ 10,033,268.88 | $ 8,870,305.88 | $ 8,871,978.89 | $ 10,033,268.88 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 17,323.54 | $ 56,532.51 | $ 17,323.54 | $ 91,179.59 |
| 3. | **DISBURSEMENTS** | | | | |
| a. | **Operating Expenses (Fees/Taxes):** | | | | |
| (i) | U.S. Trustee Quarterly Fees | $ N/A | $ (36,032.00) | $ N/A | $ (36,032.00) |
| (ii) | Federal & State Taxes | (1,162,795.00) | N/A | N/A | (1,162,795.00) |
| (iii) | Other Taxes | N/A | N/A | N/A | N/A |
| (iv) | Other Taxes | N/A | N/A | N/A | N/A |
| b. | **All Other Operating Expenses:** | $ (17,491.54) | $ (18,827.50) | $ (17,641.54) | $ (53,960.58) |
| c. | **Plan Payments:*** | | | | |
| (i) | Administrative Claims | $ N/A | $ N/A | $ (6,738,785.57) | $ (6,738,785.57) |
| (ii) | Class One - Unsecured Creditors | N/A | N/A | N/A | N/A |
| (iii) | Class Two | N/A | N/A | N/A | N/A |
| (iv) | Class Three | N/A | N/A | N/A | N/A |
| (v) | Class Four | N/A | N/A | N/A | N/A |
| | (Attach additional pages as needed) | | | | |
| | **Total Disbursements (Operating & Plan)** | $ (1,180,286.54) | $ (54,859.50) | $ (6,756,427.11) | $ (7,991,573.15) |
| 1. | **CASH (End of Period)** | $ 8,870,305.88 | $ 8,871,978.89 | $ 2,132,875.32 | $ 2,132,875.32 |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course
of the reorganized debtor's post-confirmation business, whether the disbursements are made
through a trust, by a third party, or by the reorganized debtor.

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank:** | Union Bank | | | |
| **Account Number:** | ▆▆▆▆2956 | | | |
| **Purpose of Account (Operating/Payroll/Tax)** | Trustee Account | | | |
| **Type of Account (e.g. checking)** | Checking | | | |
| | | | | |
| 1. **Balance per Bank Statement** | 2,132,875.32 | | | |
| 2. **ADD**: Deposits not credited | - | | | |
| 3. **SUBTRACT**: Outstanding Checks | - | | | |
| 4. Other Reconciling Items | - | | | |
| 5. **Month End Balance** (Must Agree with Books) | 2,132,875.32 | | | |

**Note:** Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:** Attach copy of each investment account statement.

**CHAPTER 11 POST-CONFIRMATION**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | Union Bank |
|---|---|
| Account Number | ▇▇▇▇2956 |
| Purpose of Account (Operating/Payroll/Personal) | Trustee Account |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| - | 10/02/18 | Union Bank | Bank Fees | (15.00) |
| - | 10/05/18 | Union Bank | Bank Fees | (15.00) |
| - | 10/05/18 | Union Bank | Bank Fees | (15.00) |
| - | 10/05/18 | Sammy Eljamal | S Eljamal Wages | (1,380.96) |
| - | 10/09/18 | Union Bank | Bank Fees | (15.00) |
| - | 10/09/18 | Union Bank | Bank Fees | (15.00) |
| - | 10/09/18 | Centralized Management Services | CMS Pass Through | (11,799.70) |
| - | 10/09/18 | Verdolino and Lowey PC | Federal & State Taxes | (1,162,795.00) |
| - | 10/11/18 | Union Bank | Bank Fees | (15.00) |
| - | 10/11/18 | Sammy Eljamal | S Eljamal Wages | (1,380.96) |
| - | 10/22/18 | Union Bank | Bank Fees | (15.00) |
| - | 10/22/18 | Sammy Eljamal | S Eljamal Wages | (1,380.96) |
| - | 10/25/18 | Union Bank | Bank Fees | (15.00) |
| - | 10/25/18 | Union Bank | Bank Fees | (15.00) |
| - | 10/25/18 | Union Bank | Bank Fees | (15.00) |
| - | 10/25/18 | Union Bank | Bank Fees | (15.00) |
| - | 10/25/18 | Sammy Eljamal | S Eljamal Wages | (1,380.96) |
| - | 10/31/18 | Union Bank | Bank Fees | (3.00) |
| - | 11/02/18 | Union Bank | Bank Fees | (15.00) |
| - | 11/05/18 | Union Bank | Bank Fees | (15.00) |
| - | 11/05/18 | Union Bank | Bank Fees | (15.00) |
| - | 11/05/18 | Sammy Eljamal | S Eljamal Wages | (1,380.96) |
| - | 11/07/18 | Union Bank | Bank Fees | (15.00) |
| - | 11/07/18 | Centralized Management Services | CMS Pass Through | (11,799.70) |
| - | 11/09/18 | Union Bank | Bank Fees | (15.00) |
| - | 11/09/18 | Sammy Eljamal | S Eljamal Wages | (1,380.96) |
| - | 11/16/18 | Union Bank | Bank Fees | (15.00) |
| - | 11/16/18 | Sammy Eljamal | S Eljamal Wages | (1,380.96) |
| - | 11/21/18 | Union Bank | Bank Fees | (15.00) |
| - | 11/21/18 | Sammy Eljamal | S Eljamal Wages | (1,380.96) |
| 8005 | 11/23/18 | US Trustee | US Trustee Quarterly Fees | (36,032.00) |
| - | 11/30/18 | Union Bank | Bank Fees | (3.00) |
| - | 11/30/18 | Union Bank | Bank Fees | (15.00) |
| - | 11/30/18 | Sammy Eljamal | S Eljamal Wages | (1,380.96) |
| - | 12/04/18 | Union Bank | Bank Fees | (15.00) |
| - | 12/04/18 | Union Bank | Bank Fees | (15.00) |
| - | 12/06/18 | Union Bank | Bank Fees | (15.00) |
| - | 12/06/18 | Union Bank | Bank Fees | (15.00) |
| - | 12/06/18 | Centralized Management Services | CMS Pass Through | (11,799.70) |
| - | 12/06/18 | Verdolino and Lowey PC | Legal & Professional Fees | (18,551.05) |
| - | 12/07/18 | Union Bank | Bank Fees | (15.00) |
| - | 12/07/18 | Union Bank | Bank Fees | (15.00) |
| - | 12/07/18 | Union Bank | Bank Fees | (15.00) |
| - | 12/07/18 | Union Bank | Bank Fees | (15.00) |
| - | 12/07/18 | Union Bank | Bank Fees | (15.00) |
| - | 12/07/18 | Union Bank | Bank Fees | (15.00) |
| - | 12/07/18 | Union Bank | Bank Fees | (15.00) |

**CHAPTER 11 POST-CONFIRMATION**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | Union Bank |
|---|---|
| Account Number | ▮▮▮▮2956 |
| Purpose of Account (Operating/Payroll/Personal) | Trustee Account |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| - | 12/07/18 | Union Bank | Bank Fees | (15.00) |
| - | 12/07/18 | Union Bank | Bank Fees | (15.00) |
| - | 12/07/18 | Union Bank | Bank Fees | (15.00) |
| - | 12/07/18 | Sammy Eljamal | S Eljamal Wages | (1,380.96) |
| - | 12/07/18 | ZuKu Consulting Services | Legal & Professional Fees | (8,100.00) |
| - | 12/07/18 | Stenger Roberts Davis Diamond | Legal & Professional Fees | (9,505.85) |
| - | 12/07/18 | Spolzino Smith Buss Jacobs | Legal & Professional Fees | (20,790.09) |
| - | 12/07/18 | Verdolino and Lowey PC | Legal & Professional Fees | (80,355.46) |
| - | 12/07/18 | RSM US LLP | Legal & Professional Fees | (162,350.30) |
| - | 12/07/18 | Development Specialists Inc | Legal & Professional Fees | (163,783.72) |
| - | 12/07/18 | CR3 Partners LLC | Legal & Professional Fees | (520,236.47) |
| - | 12/07/18 | Penachio Malara | Legal & Professional Fees | (568,178.53) |
| - | 12/07/18 | Otterbourg PC | Legal & Professional Fees | (1,413,201.58) |
| - | 12/10/18 | Union Bank | Bank Fees | (15.00) |
| - | 12/10/18 | StoneTurn LLP | Legal & Professional Fees | (432,000.00) |
| - | 12/13/18 | Union Bank | Bank Fees | (15.00) |
| - | 12/13/18 | Sammy Eljamal | S Eljamal Wages | (1,380.96) |
| - | 12/14/18 | Union Bank | Bank Fees | (15.00) |
| - | 12/14/18 | CR3 Partners LLC | Legal & Professional Fees | (21,120.00) |
| - | 12/17/18 | Union Bank | Bank Fees | (15.00) |
| - | 12/17/18 | Gray and Company LLC | Legal & Professional Fees | (514,061.98) |
| - | 12/19/18 | Togut Segal and Segal LLP | Legal & Professional Fees | (2,679,589.34) |
| - | 12/20/18 | Union Bank | Bank Fees | (15.00) |
| - | 12/20/18 | Sammy Eljamal | S Eljamal Wages | (1,380.96) |
| - | 12/28/18 | Union Bank | Bank Fees | (15.00) |
| - | 12/28/18 | Sammy Eljamal | S Eljamal Wages | (1,380.96) |
| - | 12/31/18 | Union Bank | Bank Fees | (3.00) |
| - | 12/31/18 | Union Bank | Bank Fees | (15.00) |
| - | 12/31/18 | Togut Segal and Segal LLP | Legal & Professional Fees | (126,961.20) |
| | | | TOTAL | (7,991,573.15) |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



# STATEMENT OF ACCOUNTS

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES          CA     90051-3840

Customer Inquiries
800-669-8661

Thank you for banking with us since 2017

**BANKRUPTCY ESTATE OF
SAMMY ELJAMAL, DEBTOR
STEPHEN S GRAY, TRUSTEE
CASE #15-22872 (RDD)
207 UNION WHARF
BOSTON MA 02109**

■ *Beginning September 15, 2018, tellers in Union Bank branches will be required to collect primary identification (i.e., driver license or passport) from individuals making any cash transactions of $100 or more at a teller window.*

## Business Value Checking Summary

Account Number: ████ 2956

Days in statement period: Days in statement period: 33

| | | |
|---|---:|---:|
| **Balance on 9/29** $ | | 10,033,268.88 |
| **Total Credits** | | 2,039,310.41 |
| Electronic credits (8) | 2,039,310.41 | |
| **Total Debits** | | -3,202,273.41 |
| Electronic debits (9) | -3,202,105.41 | |
| Other debits (12) | -168.00 | |
| **Balance on 10/31** $ | | 8,870,305.88 |

# CREDITS

## Electronic credits

| Date | Description/Location | Reference | Amount |
|---|---|---|---:|
| 10/4 | CENTRALIZED MANA DIRECT DEP PPD ***********9N8N | 50129800 $ | 1,380.96 |
| 10/5 | WIRE TRANS TRN ███████████████████████ | 93054856 | 11,799.70 |
| | Received From: | | |
| |    PEOPLE'S UNITED BANK, NA | | |
| | Originator: | | |
| |    CENTRALIZED MANAGEMENT SERVICES INC | | |
| 10/11 | CENTRALIZED MANA DIRECT DEP PPD ***********5N8N | 57040228 | 1,380.96 |
| 10/18 | CENTRALIZED MANA DIRECT DEP PPD ***********8N8N | 53706093 | 1,380.96 |
| 10/25 | UB CHECKING TRANSFER 181025 2180024746 0102 | 62983994 | 210,000.00 |
| 10/25 | UB CHECKING TRANSFER 181025 2180024746 0102 | 62986998 | 380,595.60 |
| 10/25 | UB CHECKING TRANSFER 181025 2180024746 0102 | 62984166 | 1,431,391.27 |
| 10/25 | CENTRALIZED MANA DIRECT DEP PPD ***********6N8N | 59688532 | 1,380.96 |
| | **8 Electronic credits** | **Total** $ | **2,039,310.41** |

# DEBITS

**Electronic debits**

| Date | Description | Reference | Amount |
|---|---|---|---|
| 10/5 | WIRE TRANS TRN <br> Sent To: <br>   CITIBANK, N.A. <br> Beneficiary: <br>   1/SAMMY ELJAMAL | 93053848 | $ 1,380.96 |
| 10/9 | WIRE TRANS TRN <br> Sent To: <br>   PEOPLE'S UNITED BANK, NA <br> Beneficiary: <br>   1/Centralized Management Services | 93059386 | 11,799.70 |
| 10/9 | WIRE TRANS TRN <br> Sent To: <br>   CITIZENS BANK, NATIONAL ASSOCIATION <br> Beneficiary: <br>   1/Verdolino and Lowey PC | 93059449 | 1,162,795.00 |
| 10/11 | WIRE TRANS TRN <br> Sent To: <br>   CITIBANK, N.A. <br> Beneficiary: <br>   1/SAMMY ELJAMAL | 93055777 | 1,380.96 |
| 10/22 | WIRE TRANS TRN <br> Sent To: <br>   CITIBANK, N.A. <br> Beneficiary: <br>   1/SAMMY ELJAMAL | 93051533 | 1,380.96 |
| 10/25 | WIRE TRANS TRN <br> Sent To: <br>   CITIBANK, N.A. <br> Beneficiary: <br>   1/SAMMY ELJAMAL | 93054174 | 1,380.96 |
| 10/25 | WIRE TRANS TRN <br> Sent To: <br>   PNC BANK, NATIONAL ASSOCIATION <br> Beneficiary: <br>   1/BDO | 93053619 | 210,000.00 |
| 10/25 | WIRE TRANS TRN <br> Sent To: <br>   CITY NATIONAL BANK <br> Beneficiary: <br>   1/Loeb and Loeb LLP - General Acct | 93053530 | 380,595.60 |
| 10/25 | WIRE TRANS TRN <br> Sent To: <br>   CITY NATIONAL BANK <br> Beneficiary: <br>   1/Loeb and Loeb LLP - General Acct | 93053501 | 1,431,391.27 |
| **9 Electronic debits** | | **Total** | **$ 3,202,105.41** |

**Other debits, fees and adjustments**

| Date | Description | Reference | Amount |
|---|---|---|---:|
| 10/2 | WIRE TRANSFER MONTHLY FEE/WEB (WTM) | 90251886 | $ 15.00 |
| 10/5 | OUTG DOM WIRE FEE ONLINE FINCTR | TRN93059640 181005-021264 | 15.00 |
| 10/5 | INCOMING WIRE TRANSFER FEE | TRN93059639 181005-022789 | 15.00 |
| 10/9 | OUTG DOM WIRE FEE ONLINE FINCTR | TRN93051158 181009-033950 | 15.00 |
| 10/9 | OUTG DOM WIRE FEE ONLINE FINCTR | TRN93051157 181009-033868 | 15.00 |
| 10/11 | OUTG DOM WIRE FEE ONLINE FINCTR | TRN93058880 181011-022379 | 15.00 |
| 10/22 | OUTG DOM WIRE FEE ONLINE FINCTR | TRN93059120 181022-001461 | 15.00 |
| 10/25 | OUTG DOM WIRE FEE ONLINE FINCTR | TRN93050214 181025-018341 | 15.00 |
| 10/25 | OUTG DOM WIRE FEE ONLINE FINCTR | TRN93050213 181025-019097 | 15.00 |
| 10/25 | OUTG DOM WIRE FEE ONLINE FINCTR | TRN93050212 181025-018106 | 15.00 |
| 10/25 | OUTG DOM WIRE FEE ONLINE FINCTR | TRN93050211 181025-018147 | 15.00 |
| 10/31 | CHECK IMAGE FEE | | 3.00 |
| | **12 Other debits, fees and adjustments** | **Total** | **$ 168.00** |

**Daily Ledger Balance**

| Date | Ledger Balance | Date | Ledger Balance |
|---|---:|---|---:|
| 9/29-10/1 | $ 10,033,268.88 | 10/11-10/17 | $ 8,870,383.88 |
| 10/2-10/3 | 10,033,253.88 | 10/18-10/21 | 8,871,764.84 |
| 10/4 | 10,034,634.84 | 10/22-10/24 | 8,870,368.88 |
| 10/5-10/8 | 10,045,023.58 | 10/25-10/30 | 8,870,308.88 |
| 10/9-10/10 | 8,870,398.88 | 10/31 | 8,870,305.88 |



# STATEMENT OF ACCOUNTS

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES        CA    90051-3840

Page 1 of 3
BANKRUPTCY ESTATE OF
Statement Number: 2956
11/01/18 - 11/30/18

Customer Inquiries
800-669-8661

Thank you for banking with us since 2017

**BANKRUPTCY ESTATE OF
SAMMY ELJAMAL, DEBTOR
STEPHEN S GRAY, TRUSTEE
CASE #15-22872 (RDD)
207 UNION WHARF
BOSTON MA 02109**

## Business Value Checking Summary

Account Number: 2956

Days in statement period: Days in statement period: 30

| | | |
|---|---|---|
| **Balance on 11/ 1** | $ | 8,870,305.88 |
| **Total Credits** | | 56,532.51 |
| Deposits (1) | 37,828.01 | |
| Electronic credits (6) | 18,704.50 | |
| **Total Debits** | | -54,859.50 |
| Checks paid (1) | -36,032.00 | |
| Electronic debits (6) | -18,704.50 | |
| Other debits (9) | -123.00 | |
| **Balance on 11/30** | $ | 8,871,978.89 |

## CREDITS

**Deposits** *including check and cash credits*

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 11/28 | OFFICE DEPOSIT # 0006511312 | 76462530 | $ 37,828.01 |

**Electronic credits**

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 11/1 | CENTRALIZED MANA DIRECT DEP PPD ***********0N8N | 58244052 | $ 1,380.96 |
| 11/5 | WIRE TRANS TRN | 93055290 | 11,799.70 |
| | Received From: | | |
| |   PEOPLE'S UNITED BANK, NA | | |
| | Originator: | | |
| |   CENTRALIZED MANAGEMENT SERVICES INC | | |
| 11/8 | CENTRALIZED MANA DIRECT DEP PPD ***********3N8N | 55993445 | 1,380.96 |
| 11/15 | CENTRALIZED MANA DIRECT DEP PPD ***********2N8N | 52066727 | 1,380.96 |
| 11/21 | CENTRALIZED MANA DIRECT DEP PPD ***********8N8N | 57552475 | 1,380.96 |
| 11/29 | CENTRALIZED MANA DIRECT DEP PPD ***********3N8N | 55420862 | 1,380.96 |
| | **6 Electronic credits** | **Total** | **$ 18,704.50** |

## DEBITS

## Check Paid

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 8005 | 11/23 | 36,032.00 | | | |

## Electronic debits

| Date | Description | Reference | Amount |
|---|---|---|---|
| 11/5 | WIRE TRANS TRN ▮▮▮▮▮▮▮▮ 93050705<br>Sent To:<br>  CITIBANK, N.A.<br>Beneficiary:<br>  1/SAMMY ELJAMAL | | $ 1,380.96 |
| 11/7 | WIRE TRANS TRN ▮▮▮▮▮▮▮▮ 93054534<br>Sent To:<br>  PEOPLE'S UNITED BANK, NA<br>Beneficiary:<br>  1/Centralized Management Services, | | 11,799.70 |
| 11/9 | WIRE TRANS TRN ▮▮▮▮▮▮▮▮ 93050842<br>Sent To:<br>  CITIBANK, N.A.<br>Beneficiary:<br>  1/SAMMY ELJAMAL | | 1,380.96 |
| 11/16 | WIRE TRANS TRN 1116023223 111618 UBOC93056357 UB832329N<br>Sent To:<br>  CITIBANK, N.A.<br>Beneficiary:<br>  1/SAMMY ELJAMAL | | 1,380.96 |
| 11/21 | WIRE TRANS TRN 1121019153 112118 UBOC93053523 UB808752N<br>Sent To:<br>  CITIBANK N.A.<br>Beneficiary:<br>  1/SAMMY ELJAMAL | | 1,380.96 |
| 11/30 | WIRE TRANS TRN 1130027801 113018 UBOC93058017 UB751950N<br>Sent To:<br>  CITIBANK, N.A.<br>Beneficiary:<br>  1/SAMMY ELJAMAL | | 1,380.96 |
| | **6 Electronic debits** | **Total** | **$ 18,704.50** |

## Other debits, fees and adjustments

| Date | Description | Reference | Amount |
|---|---|---|---|
| 11/2 | WIRE TRANSFER MONTHLY FEE/WEB (WTM) | 90252098 | $ 15.00 |
| 11/5 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93057821 181105-000888 | | 15.00 |
| 11/5 | INCOMING WIRE TRANSFER FEE TRN93057820 181105-024835 | | 15.00 |
| 11/7 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93057621 181107-020144 | | 15.00 |
| 11/9 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93059087 181109-000905 | | 15.00 |

**Other debits, fees and adjustments**

| Date | Description | Reference | Amount |
|---|---|---|---|
| 11/16 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93059806 181116-023223 | | 15.00 |
| 11/21 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93050658 181121-019153 | | 15.00 |
| 11/30 | CHECK IMAGE FEE | | 3.00 |
| 11/30 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93052654 181130-027801 | | 15.00 |
| | 9 Other debits, fees and adjustments | Total | $ 123.00 |

**Daily Ledger Balance**

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 11/1 | $ 8,871,686.84 | 11/16-11/20 | $ 8,870,215.88 |
| 11/2-11/4 | 8,871,671.84 | 11/21-11/22 | 8,870,200.88 |
| 11/5-11/6 | 8,882,060.58 | 11/23-11/27 | 8,834,168.88 |
| 11/7 | 8,870,245.88 | 11/28 | 8,871,996.89 |
| 11/8 | 8,871,626.84 | 11/29 | 8,873,377.85 |
| 11/9-11/14 | 8,870,230.88 | 11/30 | 8,871,978.89 |
| 11/15 | 8,871,611.84 | | |



# STATEMENT OF ACCOUNTS

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES          CA    90051-3840

BANKRUPTCY ESTATE OF
**Statement Number:** 2956
12/01/18 - 12/31/18

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF**
**SAMMY ELJAMAL, DEBTOR**
**STEPHEN S GRAY, TRUSTEE**
**CASE #15-22872 (RDD)**
**207 UNION WHARF**
**BOSTON MA 02109**

## Business Value Checking Summary

Account Number: 2180022956

Days in statement period: Days in statement period: 31

| | | |
|---|---|---|
| **Balance on 12/ 1** | $ | 8,871,978.89 |
| **Total Credits** | | 17,323.54 |
| Electronic credits (5) | 17,323.54 | |
| **Total Debits** | | -6,756,427.11 |
| Electronic debits (19) | -4,076,519.77 | |
| Other debits (23) | -2,679,907.34 | |
| **Balance on 12/31** | $ | 2,132,875.32 |

## C R E D I T S

### Electronic credits

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 12/4 | WIRE TRANS TRN | 93054868 | $ 11,799.70 |
| | Received From: | | |
| |   PEOPLE'S UNITED BANK, NA | | |
| | Originator: | | |
| |   CENTRALIZED MANAGEMENT SERVICES INC | | |
| 12/6 | CENTRALIZED MANA DIRECT DEP PPD ***********9N8N | 52992106 | 1,380.96 |
| 12/13 | CENTRALIZED MANA DIRECT DEP PPD ***********2N8N | 50038284 | 1,380.96 |
| 12/20 | CENTRALIZED MANA DIRECT DEP PPD ***********6N8N | 56833163 | 1,380.96 |
| 12/27 | CENTRALIZED MANA DIRECT DEP PPD ***********0N8N | 52221627 | 1,380.96 |
| **5 Electronic credits** | | **Total** | **$ 17,323.54** |

## D E B I T S

### Electronic debits

| Date | Description | Reference | Amount |
|---|---|---|---|
| 12/6 | WIRE TRANS TRN | 93053575 | $ 11,799.70 |
| | Sent To: | | |
| |   PEOPLE'S UNITED BANK, NA | | |
| | Beneficiary: | | |
| |   1/Centralized Management Services, | | |

**Electronic debits**

| Date | Description | Reference | Amount |
|---|---|---|---|
| 12/6 | WIRE TRANS TRN<br>Sent To:<br>CHARLES RIVER BANK<br>Beneficiary:<br>1/Verdolino and Lowey, P.C. | 93054460 | 18,551.05 |
| 12/7 | WIRE TRANS TRN<br>Sent To:<br>CITIBANK, N.A.<br>Beneficiary:<br>1/SAMMY ELJAMAL | 93052848 | 1,380.96 |
| 12/7 | WIRE TRANS TRN<br>Sent To:<br>JPMORGAN CHASE BANK<br>Beneficiary:<br>1/ZuKu Consulting Services | 93057584 | 8,100.00 |
| 12/7 | WIRE TRANS TRN<br>Sent To:<br>SALISBURY BANK & TRUST CO.<br>Beneficiary:<br>1/Stenger Roberts Davis Diamond | 93057545 | 9,505.85 |
| 12/7 | WIRE TRANS TRN<br>Sent To:<br>THE WESTCHESTER BANK<br>Beneficiary:<br>1/Spolzino Smith Buss Jacobs | 93057916 | 20,790.09 |
| 12/7 | WIRE TRANS TRN<br>Sent To:<br>CHARLES RIVER BANK<br>Beneficiary:<br>1/ Verdolino and Lowey, P.C. | 93057952 | 80,355.46 |
| 12/7 | WIRE TRANS TRN<br>Sent To:<br>BANK OF AMERICA N.A.<br>Beneficiary:<br>1/ RSM US LLP | 93057494 | 162,350.30 |
| 12/7 | WIRE TRANS TRN<br>Sent To:<br>CIBC BANK USA<br>Beneficiary:<br>1/Development Specialists, Inc. | 93057724 | 163,783.72 |
| 12/7 | WIRE TRANS TRN<br>Sent To:<br>REGIONS BANK<br>Beneficiary:<br>1/CR3 Partners | 93057744 | 520,236.47 |
| 12/7 | WIRE TRANS TRN<br>Sent To: | 93057443 | 568,178.53 |

**Electronic debits**

| Date | Description | Reference | Amount |
|---|---|---|---|
| | THE WESTCHESTER BANK<br>Beneficiary:<br>1/Penachio Malara Atty Trust Acct | | |
| 12/7 | WIRE TRANS TRN ▮▮▮▮<br>Sent To:<br>WELLS FARGO BANK NA<br>Beneficiary:<br>1/OTTERBOURG PC | 93057688 | 1,413,201.58 |
| 12/10 | WIRE TRANS TRN ▮▮▮▮<br>Sent To:<br>THE BOSTON PRIVATE BK. & TR CO<br>Beneficiary:<br>1/StoneTurn LLP | 93050825 | 432,000.00 |
| 12/13 | WIRE TRANS TRN ▮▮▮▮<br>Sent To:<br>CITIBANK, N.A.<br>Beneficiary:<br>1/SAMMY ELJAMAL | 93053868 | 1,380.96 |
| 12/14 | WIRE TRANS TRN ▮▮▮▮<br>Sent To:<br>REGIONS BANK<br>Beneficiary:<br>1/CR3 Partners | 93051397 | 21,120.00 |
| 12/17 | WIRE TRANS TRN ▮▮▮▮<br>Sent To:<br>THE BOSTON PRIVATE BK. & TR CO<br>Beneficiary:<br>1/Gray and Company LLC | 93055804 | 514,061.98 |
| 12/20 | WIRE TRANS TRN ▮▮▮▮<br>Sent To:<br>CITIBANK, N.A.<br>Beneficiary:<br>1/SAMMY ELJAMAL | 93057820 | 1,380.96 |
| 12/28 | WIRE TRANS TRN ▮▮▮▮<br>Sent To:<br>CITIBANK, N.A.<br>Beneficiary:<br>1/SAMMY ELJAMAL | 93058812 | 1,380.96 |
| 12/31 | WIRE TRANS TRN ▮▮▮▮<br>Sent To:<br>CITIBANK, N.A.<br>Beneficiary:<br>1/Togut Segal and Segal LLP | 93054563 | 126,961.20 |
| | **19 Electronic debits** | **Total** | **$ 4,076,519.77** |

**Other debits, fees and adjustments**

| Date | Description | Reference | Amount |
|---|---|---|---:|
| 12/4 | WIRE TRANSFER MONTHLY FEE/WEB (WTM) | 90252076 | $ 15.00 |
| 12/4 | INCOMING WIRE TRANSFER FEE TRN93058152 181204-023707 | | 15.00 |
| 12/6 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93058183 181206-020797 | | 15.00 |
| 12/6 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93058182 181206-019473 | | 15.00 |
| 12/7 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93059141 181207-026747 | | 15.00 |
| 12/7 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93059140 181207-026693 | | 15.00 |
| 12/7 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93059139 181207-026487 | | 15.00 |
| 12/7 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93059138 181207-026455 | | 15.00 |
| 12/7 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93059137 181207-026411 | | 15.00 |
| 12/7 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93059136 181207-026309 | | 15.00 |
| 12/7 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93059135 181207-026254 | | 15.00 |
| 12/7 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93059134 181207-026163 | | 15.00 |
| 12/7 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93059133 181207-026095 | | 15.00 |
| 12/7 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93059132 181207-019299 | | 15.00 |
| 12/10 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93058428 181210-000893 | | 15.00 |
| 12/13 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93058472 181213-019651 | | 15.00 |
| 12/14 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93050158 181214-025734 | | 15.00 |
| 12/17 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93058501 181217-025170 | | 15.00 |
| 12/19 | MISCELLANEOUS BANK ORIGINATED ITEM | 99350442 | 2,679,589.34 |
| 12/20 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93053431 181220-023600 | | 15.00 |
| 12/28 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93051689 181228-028204 | | 15.00 |
| 12/31 | CHECK IMAGE FEE | | 3.00 |
| 12/31 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93058944 181231-027436 | | 15.00 |
| | **23 Other debits, fees and adjustments** | **Total** | **$ 2,679,907.34** |

**Daily Ledger Balance**

| Date | Ledger Balance | Date | Ledger Balance |
|---|---:|---|---:|
| 12/1-12/3 | $ 8,871,978.89 | 12/17-12/18 | $ 4,939,473.86 |
| 12/4-12/5 | 8,883,748.59 | 12/19 | 2,259,884.52 |
| 12/6 | 8,854,748.80 | 12/20-12/26 | 2,259,869.52 |
| 12/7-12/9 | 5,906,715.84 | 12/27 | 2,261,250.48 |
| 12/10-12/12 | 5,474,700.84 | 12/28-12/30 | 2,259,854.52 |
| 12/13 | 5,474,685.84 | 12/31 | 2,132,875.32 |
| 12/14-12/16 | 5,453,550.84 | | |